IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.     CASE NO.: 4:02cr28-SPM

HERNANDEZ MARTINEZ GIBSON,

   Defendant.
_____/

### ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant Hernandez Martinez Gibson's motion to reduce sentence under 18 U.S.C. § 3582(c) and the retroactive crack cocaine amendment (Amendments 706 and 711).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction. An application of the amendment results in no change to Defendant's guideline range because of the career offender enhancement, which sets Defendant's offense level at 34. With a 3 point reduction for acceptance of responsibility, Defendant's total offense level remains at level 31, and his guideline range remains 108-135 months as originally calculated. Accordingly, it is

ORDERED AND ADJUDGED that the motion for reduction of sentence

(doc. 46) is denied.

DONE AND ORDERED this 15th day of April, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge